JPMorgan Chase Bank, N.A. v Morton (2024 NY Slip Op 01803)

JPMorgan Chase Bank, N.A. v Morton

2024 NY Slip Op 01803

Decided on April 3, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
WILLIAM G. FORD
HELEN VOUTSINAS
LAURENCE L. LOVE, JJ.

2021-00662
 (Index No. 71351/14)

[*1]JPMorgan Chase Bank, N.A., respondent,
v
Allen Morton, etc., et al., appellants, et al., defendant.

Michael Kennedy Karlson, New York, NY, for appellants.
Parker Ibrahim & Berg LLP, New York, NY (Melinda Colón Cox, Scott W. Parker, Vanessa L. Williams, and Daniel Schleifstein of counsel), for respondent.

DECISION & ORDER
In an action to foreclose a mortgage, the defendants Allen Morton and Patsy Morton appeal from an order of the Supreme Court, Westchester County (William J. Giacomo, J.), dated October 26, 2020. The order denied those defendants' motion pursuant to CPLR 5015(a)(3) to vacate an order and judgment of foreclosure and sale (one paper) of the same court dated December 10, 2019.
ORDERED that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on a related appeal (see JPMorgan Chase Bank, N.A. v Morton, _____ AD3d _____ [Appellate Division Docket No. 2020-01615; decided herewith]).
CHAMBERS, J.P., FORD, VOUTSINAS and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court